# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

131966

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 131966
COA: 264594
Oakland CC: 04-195032-FH

ROY EDGAR WHITE,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

WEAVER and KELLY, JJ., would direct the Court of Appeals to accept the defendant's Standard 4 brief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

_____
Clerk

t1220